cms|jc

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
D.C. NO. 5:24-CT-03192-M-RJ

IN RE: DAVID L. SMITH
PRO-SE PETITIONER

APPLICATION FOR WRIT OF MANDAMUS—PURSUANT TO RULE. 21(A)(1)(2)(A)(B)(i)(ii)(iii)(C)(3)

-RELIEF REQUESTED-

PRO-SE PETITIONER DOES HEREBY REQUEST COURT PANEL TO ISSUE A WRIT OF MANDAMUS, CAUSING CHIEF DISTRICT JUDGE RICHARD E. MYERS II TO FIND THAT HE CAN PROVE A SET OF FACTS IN CASE NUMBER 5:03-CT-611-BO THAT WOULD ENTITLE HIM TO THE RELIEF HE REQUESTED IN PUNITIVE AND COMPENSATORY DAMAGES.

PRO-SE PETITIONER ALSO REQUEST COURT PANEL TO CAUSE CHIEF JUDGE MYERS TO ORDER RETRO-ACTIVE CASE DEFENDANTS JUDGE TERRENCE W. BOYLE, MAGISTRATE E. RAY BRIGGS AND DETECTIVE ROBERT GREG TOWEL TO BE SERVED A COPY OF HIS RETRO-ACTIVE SECTION 1983 COMPLAINT AND ORDER A RESPONSE TO BE FILED IN HIS CLERK'S OFFICE IN A 90-DAY PERIOD AFTER RECEIVING SERVICE BY THE U.S.

MARSHAL SERVICE, THIS 7TH DAY OF JANUARY 2025.

-ISSUE(S) PRESENTED-

DISTRICT COURT HAS GRANTED PETITIONER LEAVE TO IN 2003 CASE AS A PAUPER AND CITED CURABLE DEFECTS, THEN ORDERED DISMISSAL, WITHOUT AFFORDING FAIR AMENDMENT OPPORTUNITY.

-SUPPORTING FACTS AND ARGUMENT-

APEX POLICE DETECTIVE ROBERT GREGORY TOWEL HEARD WAKE COUNTY MAGISTRATE E. RAY BRIGGS WOULD ISSUE AN ARREST WARRANT IF A LATENT FINGER PRINT LIFT BELONGING TO THE OFFENDER WAS ATTACHED TO THE ARREST WARRANT APPLICATION AS EVIDENCE.

DETECTIVE TOWEL PRODUCED A LATENT FINGER PRINT LIFT OF PETITIONER'S RIGHT THUMB AND ATTACHED IT TO THE JUNE 11, 2003 ARREST WARRANT APPLICATION.

MAGISTRATE BRIGGS KNEW A LATENT FINGERPRINT, LIFT REGARDLESS OF WHO IT BELONGED TO, WAS IRRELEVANT AND INADMISSIBLE IN COURT AS EVIDENCE OF CRIMINAL ACTIVITY.

PETITIONER ARGUES NO WAY TO DETERMINE THE DATE PRINT WAS LIFTED.

NO WAY TO DETERMINE TIME PRINT WAS LIFTED.

NO WAY TO DETERMINE THE LOCATION OF THE SURFACE WHERE LIFT TO PLACE.

PETITIONER ARGUES AN ARREST WARRANT MAY ONLY BE ISSUED UPON THE WARRANT APPLICANT'S SHOWING OF PROBABLE CAUSE TO BELIEVE A SUSPECT IS COMMITTING OR HAS COMMITTED AN OFFENSE.

WARRANT APPLICANT DETECTIVE TOWEL CLEARLY FAILED TO SHOW PETITIONER'S INVOLVEMENT IN THE MAY 28, 2003 CRIME.

SEE BROOKS V. CITY OF CHICAGO, 564 F.3D 830, 832 (7TH CIR. 2009)(UNDER FEDERAL LAW, STATUTE OF LIMITATIONS FOR §1983 FALSE ARREST CLAIM ACCRUES AT TIME ARRESTEE BECOMES DETAINED PURSUANT TO LEGAL PROCESS).

– 28 U. S. C. §§ 1746 –

PETITIONER SWEARS UNDER PENALTY OF PERJURY DATA ABOVE IS TRUE AND CORRECT JANUARY 6, 2025.

—REASON WHY WRIT SHOULD ISSUE—

PETITIONER HAS DEMONSTRATED THAT HE CAN PROVE A SET OF FACTS ENTITLING HIM TO THE RELIEF HE HAS REQUESTED.

THOMAS V. EBY, 434, 440 F. 3D (6TH CIR. 2006) (COURT LIBERALLY CONSTRUED §1983 COMPLAINT BECAUSE POSSIBLE THAT PLAINTIFF COULD PROVE MULTIPLE SET OF FACTS TO SUPPORT CLAIM; COURT MAY DISMISS ONLY IF NO SET OF FACTS COULD SUPPORT CLAIM.

—PROOF OF SERVICE ON RESPONDENT(S)—
28 U.S.C. §1746

PETITIONER SWEARS UNDER PENALTY OF PERJURY HE SENT COPIES OF THE DOCUMENT TO JUDGE RICHARD E. MYERS II P.O. BOX 25670 RALEIGH N.C. 27611, JUDGE TERRENCE W. BOYLE P.O. BOX P.O. BOX 25670 RALEIGH N.C. 27611, MAGISTRATE E. RAY BRIGGS P.O. BOX 550 RALEIGH N.C. 27602 AND DETECTIVE ROBERT GREG TOWEL P.O. BOX 250 APEX N.C. 27502, BY U.S. MAIL JAN. 6, 2025.

DAVID L. SMITH
0375340
P.O. BOX 215
MAURY, N.C. 28554
X [signature]
PETITIONER'S SIGNATURE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
D.C. NO. 5:24-CT-03192-M-RJ

IN RE: DAVID L. SMITH
AFFIANT

) SWORN AFFIDAVIT-PURSUANT
) TO 28 U.S.C. § 1746
)
)
)

WAKE COUNTY MAGISTRATE E. RAY BRIGGS DID APPROVE A JUNE 11, 2003 APPLICATION FOR AFFIANT DAVID L. SMITH'S ARREST FOR A MAY 28, 2003 B AND E AND LARCENY, WHEN THE APPLICANT DETECTIVE ROBERT GREG TOWEL ATTACHED AN INADMISSIBLE LATENT FINGER PRINT LIFT AS EVIDENCE.

28 U.S.C. § 1746

AFFIANT SWEARS UNDER PENALTY OF PERJURY DATA ABOVE IS TRUE AND CORRECT JAN. 6, 2025.

DAVID L. SMITH
0375340
P.O. BOX 215
MAURY N.C. 28554
X [signature]
AFFIANT'S SIGNATURE

RECEIVED

2025 JAN 13 P 2:16

U.S. COURT OF APPEALS
FOURTH CIRCUIT

DAVID L. SMITH
0375340
P.O. BOX 215
MAURY N.C. 28554

RALEIGH NC 275
Research Triangle Region
8 JAN 2025 PM 6 L

FOREVER

**RECEIVED**
**U.S. MARSHALS**

U.S. COURT OF APPEALS
1100 E. MAIN ST. SUITE. 501
RICHMOND, VA.
23219

MAILED FROM
EASTERN CORRECTIONAL
INSTITUTION

23219-353826